| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
| 2 | EDWARD D. JOHNSON (SBN 189475)<br>SHIRISH GUPTA (SBN 205584) |
| 3 | Two Palo Alto Square, Suite 300<br>3000 El Camino Real |
| 4 | Palo Alto, CA 94306<br>Telephone: (650) 331-2000 |
| 5 | Facsimile: (650) 331-4537<br>wjohnson@mayerbrownrowe.com |
| 6 | sgupta@mayerbrownrowe.com |
| 7 | MAYER, BROWN, ROWE & MAW LLP<br>RICHARD J. FAVRETTO |
| 8 | 1909 K Street, N.W.<br>Washington, D.C. 20006 |
| 9 | Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300 |
| 10 | rfavretto@mayerbrownrowe.com |
| 11 | Attorneys for Defendants<br>UNITED AIR LINES, INC. |
| 12 | Additional Counsel Appear on Signature Page |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL R. CARLSON,<br>on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS LIMITED, and UNITED AIR LINES, INC.,<br><br>Defendants. | CASE NO. CV 06-04302-MJJ<br><br>STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-1, in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiff Michael R. Carlson ("Plaintiff") and Defendants British Airways Plc, Virgin Atlantic Airways Limited, and

United Air Lines, Inc. (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph. The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Respectfully submitted,

Dated: August 8, 2006    GANCEDO & NIEVES LLP

/s/ _____
Tina B. Nieves (SBN 134384)
Hector G. Gancedo (SBN 132139)
Amy M. Boomhouwer (SBN 221869)
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, CA 91105
T: (626) 685-9800
F: (626) 685-9808

*Attorneys for Plaintiff Michael R. Carlson*

-2-
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-04302-MJJ

| | | |
|---|---|---|
| 1 | Dated: August 8, 2006 | MAYER, BROWN, ROWE & MAW LLP |

/s/
Edward D. Johnson (SBN 189475)
Shirish Gupta (SBN 205584)
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
T: (650) 331-2000
F: (650) 331-4537

Richard J. Favretto
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006

*Attorneys for Defendant United Air Lines, Inc.*

Dated: August 8, 2006

SULLIVAN & CROMWELL LLP

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
T: (650) 461-5600
F: (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006

*Attorneys for Defendant British Airways Plc*

Dated: August 8, 2006

SIMPSON THACHER & BARTLETT LLP

/s/
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
T: (650) 251-5000
F: (650) 251-5002

-3-
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-04302-MJJ

| | |
|---|---|
| 1 | |
| 2 | Charles E. Koob (SBN 47349)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| 3 | |
| 4 | *Attorneys for Defendant Virgin Atlantic Airways Limited* |

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Date:   8/8/2006

*[signature]*

Honorable Judge Martin J. Jenkins

-4-
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-04302-MJJ